**Motion to Reinstate Granted; Memorandum Opinion filed March 22, 2016, Withdrawn; Appeal Reinstated; and Order filed April 28, 2016**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-15-01085-CV

———————————

## BENNETT BRYANT, AKA BENNETT BERNARD BRYANT, ET AL, Appellant

## V.

## HARRIS COUNTY, ET AL, Appellee

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2013-09420**

## ORDER

On March 22, 2016, this court issued an opinion dismissing this appeal. On April 4, 2016, appellant filed a motion to reinstate. The motion is GRANTED.

This court's opinion filed March 22, 2016, is WITHDRAWN, and our judgment of that date is VACATED. The appeal is ordered REINSTATED.

**The reporter's record is due by May 31, 2016.**

PER CURIAM